IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 28 AM 8:30

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. CR305-00009-001 |
| | ) | |
| WILMA A. NICHOLSON | ) | |

## ORDER

On August 25, 2005, the defendant appeared before the Court and entered a plea of guilty to a single-count information. The Information charged that beginning on January 1, 1999, and continuing until July 1, 2003, Nicholson committed the offense of theft of Government funds, in violation of 18 U.S.C. § 666(a)(1)(A).

On November 21, 2005, the Court sentenced the defendant to ten (10) months custody of the Bureau of Prisons, three (3) years supervised release, and a $100 special assessment. Nicholson was also ordered to pay restitution to the Alamo Housing Authority in the amount of $46,169.

Upon further consideration, the Court hereby modifies the original custodial term of the sentence imposed in the defendant's case and orders that the custodial portion of said sentence be reduced to time served. All other provisions of the original sentence shall remain in effect as originally imposed on November 21, 2005.

SO ORDERED this 28th day of March, 2006.

Dudley H. Bowen, Jr.
United States District Judge